3361.31835

CHRISTOPHER E. PANETTA (Bar No. 175127)
ELIZABETH R. LEITZINGER (Bar No. 259677)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA 93942-0791
Telephone: 831-373-1241
Facsimile: 831-373-7219

Attorneys for Plaintiff
COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA,<br><br>Plaintiff,<br><br>v.<br><br>WM. MICHAEL STEMLER, INC.; JOHN MUIR HEALTH; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV-00655-LHK<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Judge: Hon. Lucy H. Koh<br>Date: May 8, 2013<br>Time: 2:00 p.m.
<br>Ctrm.: 8<br>Floor: Fourth |

On March 14, 2013, Plaintiff filed a Motion to Remand this action to state court which is currently pending before the Court and is scheduled to be heard on October 10, 2013 at 1:30 p.m.

A Case Management Conference is scheduled in this Court for May 8, 2013. The following deadlines associated with the Case Management Conference are also currently scheduled:

1. May 1, 2013 – last day to file Joint Case Management Statement;

2. May 1, 2013 – last day to complete Initial Disclosures.

///

///

///

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{ERL-283111;1}

Stipulation and [Proposed] Order Continuing Case Management Deadlines (Case No. CV-00655-LHK)

WHEREAS, Plaintiff's Motion to Remand has yet to be heard and decided by the Court, the parties agree and hereby respectfully request that this Court continue the Case Management Conference and related Case Management and Initial Disclosure deadlines for approximately 180 days pending the Court's decision on Plaintiff's Motion to Remand.

Dated: April 22, 2013            BEESON, TAYER & BODINE, APC

By: *John Provost*
John C. Provost, Esq.
Attorneys for Defendant, WM. MICHAEL STEMLER, INC.

Dated: April __, 2013            BOWLES & VERNA LLP

By:
Nicholas P. Burke, Esq.
Attorneys for Defendant, JOHN MUIR HEALTH

Dated: April __, 2013            FENTON & KELLER

By:
Elizabeth R. Leitzinger, Esq.
Attorneys for Plaintiff, COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA

WHEREAS, Plaintiff's Motion to Remand has yet to be heard and decided by the Court, the parties agree and hereby respectfully request that this Court continue the Case Management Conference and related Case Management and Initial Disclosure deadlines for approximately 180 days pending the Court's decision on Plaintiff's Motion to Remand.

Dated: April __, 2013              BEESON, TAYER & BODINE, APC

By: _____
John C. Provost, Esq.
Attorneys for Defendant, WM. MICHAEL STEMLER, INC.

Dated: April 24, 2013              BOWLES & VERNA LLP

By: _____
Nicholas P. Burke, Esq.
Attorneys for Defendant, JOHN MUIR HEALTH

Dated: April 24, 2013              FENTON & KELLER

By: _____
Elizabeth R. Leitzinger, Esq.
Attorneys for Plaintiff, COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA

## ORDER

The Court being fully advised herein and good cause appearing:

IT IS ORDERED that the Case Management Conference currently scheduled for May 8, 2013 be vacated and rescheduled to Thursday, October 10, 2013 at 1:30 p.m., and that the corresponding deadlines be scheduled as follows:

    October 3, 2013    – Last Day to file Joint Case Management Statement;

    October 3, 2013    – Last Day to complete Initial Disclosures.

Dated: April 30, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge