3361.31835

CHRISTOPHER E. PANETTA (Bar No. 175127)
ELIZABETH R. LEITZINGER (Bar No. 259677)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA 93942-0791
Telephone:   831-373-1241
Facsimile:   831-373-7219

Attorneys for Plaintiff
COMMUNITY HOSPITAL OF THE MONTEREY
PENINSULA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMMUNITY HOSPITAL OF THE MONTEREY PENINSULA<br><br>Plaintiff,<br><br>v.<br><br>WM. MICHAEL STEMLER, INC.; JOHN MUIR HEALTH; and Does 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV-00655-LHK<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Judge: Hon. Lucy H. Koh<br>Date:   May 8, 2013<br>Time:   2:00 p.m.<br>Ctrm.:  8<br>Floor:  Fourth |

On March 14, 2013, Plaintiff filed a Motion to Remand this action to state court which is currently pending before the Court and is scheduled to be heard on October 10, 2013 at 1:30 p.m.

A Case Management Conference is scheduled in this Court for May 8, 2013. The following deadlines associated with the Case Management Conference are also currently scheduled:

  1. May 1, 2013 – last day to file Joint Case Management Statement;

  2. May 1, 2013 – last day to complete Initial Disclosures.

///

///

///

1  WHEREAS, Plaintiff's Motion to Remand has yet to be heard and decided by the Court,
2  the parties agree and hereby respectfully request that this Court continue the Case Management
3  Conference and related Case Management and Initial Disclosure deadlines for approximately
4  180 days pending the Court's decision on Plaintiff's Motion to Remand.

5  Dated: April 22, 2013                     BEESON, TAYER & BODINE, APC

7                                             By: /s/ John Provost
                                               John C. Provost, Esq.
8                                              Attorneys for Defendant, WM. MICHAEL
                                               STEMLER, INC.

10  Dated: April __, 2013                    BOWLES & VERNA LLP

12                                            By:
                                               Nicholas P. Burke, Esq.
13                                             Attorneys for Defendant, JOHN MUIR
                                               HEALTH

15  Dated: April __, 2013                    FENTON & KELLER

17                                            By:
                                               Elizabeth R. Leitzinger, Esq.
18                                             Attorneys for Plaintiff, COMMUNITY
                                               HOSPITAL OF THE MONTEREY
19                                             PENINSULA

1    WHEREAS, Plaintiff's Motion to Remand has yet to be heard and decided by the Court,
2 the parties agree and hereby respectfully request that this Court continue the Case Management
3 Conference and related Case Management and Initial Disclosure deadlines for approximately
4 180 days pending the Court's decision on Plaintiff's Motion to Remand.

5 Dated: April __, 2013                                  BEESON, TAYER & BODINE, APC

7                                                       By:
                                                            John C. Provost, Esq.
8                                                           Attorneys for Defendant, WM. MICHAEL
                                                            STEMLER, INC.

10 Dated: April 24, 2013                                 BOWLES & VERNA LLP

12                                                      By: [signature]
                                                            Nicholas P. Burke, Esq.
13                                                          Attorneys for Defendant, JOHN MUIR
                                                            HEALTH

15 Dated: April 24, 2013                                 FENTON & KELLER

17                                                      By: [signature]
                                                            Elizabeth R. Leitzinger, Esq.
18                                                          Attorneys for Plaintiff, COMMUNITY
                                                            HOSPITAL OF THE MONTEREY
19                                                          PENINSULA

## ORDER

The Court being fully advised herein and good cause appearing:

IT IS ORDERED that the Case Management Conference currently scheduled for May 8, 2013 be vacated and rescheduled to Thursday, October 10, 2013 at 1:30 p.m., and that the corresponding deadlines be scheduled as follows:

October 3, 2013 – Last Day to file Joint Case Management Statement;
October 3, 2013 – Last Day to complete Initial Disclosures.

Dated: April 30, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge